# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **21 Mag 10832**        Date **12-21-21**

USAO No. **2021R01183**

The Government respectfully requests the Court to dismiss without prejudice the

✔ Complaint        Removal Proceedings in

*United States v.* **Greg Purdy, Et al.**

The Complaint/Rule 40 Affidavit was filed on **11-10-21**

*U.S. Marshals please withdraw warrant*

**JENNIFER ONG** Digitally signed by JENNIFER ONG
Date: 2021.12.21 16:06:29 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: /2-21-2021

*Judith C. McCarthy*
Judith C. McCarthy
UNITED STATES MAGISTRATE JUDGE